B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Holder, James** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8089** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4720 Ferrell St.**<br>**North Las Vegas, NV**<br>      ZIP Code **89031** | Street Address of Joint Debtor (No. and Street, City, and State):<br>      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>      ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
*** David Krieger, Esq. 9086 ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1)(4/10)**                                                                                               **Page 2**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Holder, James** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** /s/ David Krieger, Esq.                          **October 27, 2010**<br>    Signature of Attorney for Debtor(s)          (Date)<br>    **David Krieger, Esq.** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          **Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Holder, James**

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ James Holder**

Signature of Debtor  **James Holder**

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**October 27, 2010**

Date

### Signature of Attorney*

**X  /s/ David Krieger, Esq.**

Signature of Attorney for Debtor(s)

**David Krieger, Esq. 9086**

Printed Name of Attorney for Debtor(s)

**HAINES & KRIEGER, LLC**

Firm Name

**1020 Garces Ave.
Suite 100
Las Vegas, NV 89101**

Address

**Email: info@hainesandkrieger.com
(702) 880-5554  Fax: (702) 385-5518**

Telephone Number

**October 27, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re    **James Holder**

Debtor(s)

Case No.

Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ James Holder**
                            **James Holder**

Date:   **October 27, 2010**

James Holder
4720 Ferrell St.
North Las Vegas, NV 89031

David Krieger, Esq.
HAINES & KRIEGER, LLC
1020 Garces Ave.
Suite 100
Las Vegas, NV 89101

Aea Federal Credit Uni
Acct No xxxxx0011
1780 S 1st Ave
Yuma, AZ 85364

Aea Federal Credit Uni
Acct No xxxxx0000
1780 S 1st Ave
Yuma, AZ 85364

Amc Mortgage Services
Acct No xxxxxxxxx0996
505 S Main St
Orange, CA 92868

American General Finan
Acct No xxxxxxxxxxxx3007
1928 N Decatur
Las Vegas, NV 89108

American General Finance
Acct No xxxxxxxxxxxx1302
Po Box 3121
Evansville, IN 47731

American General Finance
Acct No xxxxxxxxxxxx9788
Po Box 3121
Evansville, IN 47731

American General Finance
Acct No xxxxxxxxxxxx4313
Po Box 3121
Evansville, IN 47731

American General Finance
Acct No xxxxxxxxxxxx1302
Po Box 3788
Evansville, IN 47736

American General Finance
Acct No xxxxxxxxxxxx9788
600 N Royal Ave
Evansville, IN 47715

American General Finance
Acct No xxxxxxxxxxx4313
600 N Royal Ave
Evansville, IN 47715

American Honda Finance
Acct No xxxxxxxxxx0001
6261 Katella Ave # 1 A
Cypress, CA 90630

Anna Holder
4720 Ferrell Street
North Las Vegas, NV 89031

Anna Holder
4720 Ferrell Street
North Las Vegas, NV 89031

Anna Holder
4720 Ferrell Street
North Las Vegas, NV 89031

Aspire
Acct No xxxxxxxx0800
Po Box 105555
Atlanta, GA 30348

Bank Of The West
Acct No xxxxx6978
Attn: Bankruptcy
1450 Treat Blvd
Walnutcreek, CA 94597

Bank Of The West
Acct No xxxxx3204
Attn: Bankruptcy
1450 Treat Blvd
Walnutcreek, CA 94597

Bank Of The West
Acct No xxxxx6978
1450 Treat Blvd
Walnut Creek, CA 94597

Bank Of The West
Acct No xxxxx3204
1450 Treat Blvd
Walnut Creek, CA 94597

Chase
Acct No xxxxxxxx4916
Po Box 15298
Wilmington, DE 19850

Citi
Acct No xxxxxxxx7270
Po Box 6241
Sioux Falls, SD 57117

Citibank Usa
Acct No xxxxxxxxxxxx6966
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Citibank Usa
Acct No xxxxxxxxxxxx7576
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Citibank Usa
Acct No xxxxxxxxxxxx6966
Po Box 6497
Sioux Falls, SD 57117

Citibank Usa
Acct No xxxxxxxxxxxx7576
Po Box 6497
Sioux Falls, SD 57117

CitiCards Private Label
Acct No xxxxxxxxxxxx6864
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

CitiCards Private Label
Acct No xxxxxxxxxxxx6864
Po Box 6497
Sioux Falls, SD 57117

Citifinancial Retail Services
Acct No xxxxxxxx7701
Po Box 140489
Irving, TX 75014

Citifinancial Retail Services
Acct No xxxxxxxx7701
Po Box 22066
Tempe, AZ 85285

Citimortgage Inc
Acct No xxxxx5923
Po Box 9438
Gaithersburg, MD 20898

Countrywide Home Lending
Acct No xxxx3453
Attention: Bankruptcy  SV-314B
Po Box 5170
Simi Valley, CA 93062

Countrywide Home Lending
Acct No xxxx9522
Attention: Bankruptcy  SV-314B
Po Box 5170
Simi Valley, CA 93062

Countrywide Home Lending
Acct No xxxx3453
450 American St
Simi Valley, CA 93065

Countrywide Home Lending
Acct No xxxx9522
450 American St
Simi Valley, CA 93065

Credit First
Acct No xxxxx5076
Po Box 818011
Cleveland, OH 44181

Credit First
Acct No xxxxx5076
Pob 81083
Cleveland, OH 44181

Credit Union 1
Acct No xxxx4501
Pob 1128
Topeka, KS 66601

Credit Union 1
Acct No xxxx4502
Pob 1128
Topeka, KS 66601

Dell Financial Services
Acct No xxxxxxxxxxxx8475
Attn: Bankruptcy Dept.
12234 North Ih 35
Austin, TX 78753

Dell Financial Services
Acct No xxxxxxxxxxxx8475
12234 N Ih 35 Sb Bldg B
Austin, TX 78753

DESLS Borrower Services
Acct No xxxxxx0891
Attn: Customer Service Department
PO Box 7063
Utica, NY 13504-7063

Equiant Financial Svcs
Acct No xxxxxxxx8486
4343 N Scottsdale Rd Ste
Scottsdale, AZ 85251

First Usa Bank
Acct No xxxxxxxx2421
2500 Westfield Rd,Ste 6
Elgin, IL 60123

Ford Motor Credit Corporation
Acct No xxxx1340
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153

Ford Motor Credit Corporation
Acct No xxxx1340
Po Box Box 542000
Omaha, NE 68154

Furn/cbsd
Acct No xxxxxxxx1183
Po Box 6497
Sioux Falls, SD 57117

G M A C
Acct No xxxxxxxx4207
P O Box 380901
Bloomington, MN 55438

GEMB / Mervyns
Acct No xxxxxxxx3621
Attention:  Bankruptcy
Po Box 103106
Roswell, GA 30076

GEMB / Mervyns
Acct No xxxxxxxx3621
Po Box 981400
El Paso, TX 79998

Gemb/care Credit
Acct No xxxxxxxx1402
950 Forrer Blvd
Kettering, OH 45420

```
Gemb/home Shopping
Acct No xxxxxxxx1469
Po Box 981400
El Paso, TX 79998

Gemb/jcp
Acct No xx3136
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076

Gemb/jcp
Acct No xx6279
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076

Gemb/jcp
Acct No xx3136
Po Box 984100
El Paso, TX 79998

Gemb/jcp
Acct No xx6279
Po Box 984100
El Paso, TX 79998

Gemb/walmart
Acct No xxxxxxxx3103
Po Box 981400
El Paso, TX 79998

Greentree
Acct No xxxx4719
Po Box 94710
Palatine, IL 60094-4710

Hometown West Two


HSBC
Acct No xxxxxxxx0675
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

HSBC
Acct No xxxxxxxx0675
Po Box 5253
Carol Stream, IL 60197
```

```
Hsbc Best Buy
Acct No xxxxxxxx0103
Attn: Bankruptcy
Po Box 6985
Bridge Water, NJ 08807

Hsbc Best Buy
Acct No xxxxxxxx0103
Po Box 15519
Wilmington, DE 19850

Hsbc/polars
Acct No xxxxxxxxxxx3815
Pob 15521
Wilmington, DE 19805

IRS
PO Box 21126
Insolvency
Philadelphia, PA 19114-0326

Irwin Home Equity
Acct No xxxxxxxxx1428
12677 Alcosta Blvd Ste 500
San Ramon, CA 94583

Irwin Home Equity
Acct No xxxxxxxxx1428
12677 Alcosta Blvd Ste 5
San Ramon, CA 94583

Las Vegas Radiology
Acct No x8539
4880 S. Wynn Road, Ste 100
Las Vegas, NV 89103

Lowes / MBGA
Acct No xxxxxxxx9170
Attention: Bankruptcy Department
Po Box 103106
Roswell, GA 30076

Lowes / MBGA
Acct No xxxxxxxx9170
Po Box 103065
Roswell, GA 30076

Macys/fdsb
Acct No xxxxxxxxx3920
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040
```

```
Macys/fdsb
Acct No xxxxxxxxx3920
9111 Duke Blvd
Mason, OH 45040

Mil Star
Acct No xxxxxxxxxxxx4685
Attention: Bankruptcy
Po Box 650062
Dallas, TX 75236

Mil Star
Acct No xxxxxxxxxxxx4685
3911 Walton Walker
Dallas, TX 75266

National City Mortgage/PNC Mtg
Acct No xxxxxx3064
Attn: Bankruptcy Dept
3232 Newmark Dr.
Miamisburg, OH 45342

National City Mortgage/PNC Mtg
Acct No xxxxxx3064
6 N Main St
Dayton, OH 45402

Nissan Motor Acceptanc
Acct No xxxxxxxxxx0001
Po Box 660360
Dallas, TX 75266

Primus Financial Services/Ford Credit
Acct No xxxx8084
National Service Center
Po Box 537901
Livonia, MI 48153

Primus Financial Services/Ford Credit
Acct No xxxx8084
Po Box 680020
Franklin, TN 37068

Protect America
Acct No xxx0984
5100 IH 35 N Ste B
Round Rock, TX 78681-2407

Rainbow Medical Centers-N
Acct No xxxxxxx xAINB
P.O. Box 650701
Dallas, TX 75265-0701
```

```
Sams Club
Acct No xxxxxxxx2924
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Sams Club
Acct No xxxxxxxx2924
Po Box 981400
El Paso, TX 79998

Sears/cbsd
Acct No xxxxxxxxxxxx9282
Po Box 6189
Sioux Falls, SD 57117

Sears/cbsd
Acct No xxxxxxxxxxxx1645
Po Box 6189
Sioux Falls, SD 57117

Target
Acct No xxxx9932
Po Box 9475
Minneapolis, MN 55440

Target
Acct No xxxx9932
C/o Target Credit Services
Minneapolis, MN 55440

Tnb-visa
Acct No xxxxxxxx4652
Po Box 9475
Minneapolis, MN 55440

Tnb-visa
Acct No xxxxxxxx4652
Po Box 673
Minneapolis, MN 55440

Unvl/citi
Acct No xxxxxxxx5331
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Unvl/citi
Acct No xxxxxxxx5331
Po Box 6241
Sioux Falls, SD 57117
```

```
Wachovia Education Fin
Acct No xxxx2698
Po Box 13667
Sacramento, CA 95853

Wachovia Education Fin
Acct No xxxx1652
Po Box 13667
Sacramento, CA 95853

Wachovia Education Fin
Acct No xxxx7757
Po Box 13667
Sacramento, CA 95853

Wachovia Education Fin
Acct No xxxx7113
Po Box 13667
Sacramento, CA 95853

Wells Fargo
Acct No xxxxxxxxxxxx0001
Po Box 60510
Los Angeles, CA 90060

Wells Fargo
Acct No xxxxxxxxxxxx0001
P O Box 94435
Albuquerque, NM 87199

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxx1998
Po Box 31557
Billings, MT 59107

Wells Fargo Card Ser
Acct No xxxxxxx0462
Po Box 5058
Portland, OR 97208

Wells Fargo Card Ser
Acct No xxxxxxx0462
Po Box 5445
Portland, OR 97228
```